No. 77–5142.  Proctor v. United States.  C. A. 7th Cir. Certiorari denied.

No. 77–5152.  Simpson v. Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 77–5166.  Clark v. United States.  C. A. 5th Cir. Certiorari denied.

No. 77–5179.  Toon v. United States.  Ct. App. D. C. Certiorari denied.

No. 77–5237.  Jackson v. United States.  C. A. 2d Cir. Certiorari denied.

No. 77–5255.  Papini v. United States.  C. A. 3d Cir. Certiorari denied.

No. 77–5273.  Trammell v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 77–5293.  Hartford v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 77-5322.  Bamond v. Solicitor General of the United States et al.  C. A. 2d Cir.  Certiorari denied.

No. 77–5323.  Brinkley v. United States.  C. A. 8th Cir. Certiorari denied.

No. 77–5335.  Vickers v. United States.  C. A. 5th Cir. Certiorari denied.

No. 77–5339.  Wade v. Shell, U. S. District Judge.  C. A. 8th Cir.  Certiorari denied.

No. 77–5429.  Mayo v. Bombard, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.

No. 77–5430.  Sherman v. Safeway Stores, Inc., et al. C. A. 10th Cir.  Certiorari denied.